446 A.2d 604

**COMMONWEALTH of Pennsylvania**

v.

**Kenneth BOYD, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 13, 1982.

Decided June 24, 1982.

Colie B. Chappelle, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Michael Clarke, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Order affirmed.